Matthew P. Minser, Esq. (SBN 296344)
SALTZMAN & JOHNSON LAW CORPORATION
5100-B1 Clayton Road, Suite 373
Concord, California 94521
Telephone: (510) 906-4710
Email: mminser@sjlawcorp.com

Attorneys for Plaintiffs, Operating Engineers'
Health And Welfare Trust Fund for Northern California, et al.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OPERATING ENGINEERS' HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA; et al. <br><br> Plaintiffs, <br><br> v. <br><br> TERRAMARK GENERAL ENGINEERING CONTRACTORS, INC. et al., <br><br> Defendants. | Case No.: 4:22-cv-05631-HSG <br><br> **WITHDRAWAL OF MOTION FOR DEFAULT JUDGMENT AND NOTICE OF VOLUNTARY DISMISSAL; ORDER** |

PLEASE TAKE NOTICE that Plaintiffs OPERATING ENGINEERS' HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA, et al. respectfully withdraw their Motion for Default Judgment filed on January 27, 2023 (Dkt. No. 19.)

PLEASE TAKE NOTICE that pursuant to F.R.C.P. Rule 41(a)(1)(A)(i), Plaintiffs Operating Engineers' Health and Welfare Trust Fund For Northern California, et al. voluntarily dismiss, without prejudice, their claim against Defendants Terramark General Engineering Contractors, Inc., A California Corporation; and Ravjot Kaur Dhaliwal, an individual.

///

///

///

1

**WITHDRAWAL OF MOTION AND NOTICE OF VOLUNTARY DISMISSAL; ORDER**
**Case No. 4:22-cv-05631-HSG**
\\SJLAW-FILES\Public\CLIENTS\OE3CL\Terramark General Engineering\Pleadings\Word Versions + Fillable .PDFs\Dismissal 032123.doc

Defendants have neither served an answer nor moved for summary judgment, and Plaintiffs have not previously filed or dismissed any similar action against Defendants.

Respectfully submitted,

Dated: March 21, 2023

SALTZMAN & JOHNSON
LAW CORPORATION

By:      /S/
Matthew P. Minser
Attorneys for Plaintiffs, Operating Engineers'
Health And Welfare Trust Fund for Northern
California, et al.

## ORDER

**IT IS SO ORDERED.**

Based on the foregoing and GOOD CAUSE APPEARING, Plaintiffs' pending Motion for Default Judgment is deemed withdrawn, and this action is dismissed, without prejudice.

DATED: 3/28/2023

Honorable Haywood S. Gilliam, Jr.
UNITED STATES DISTRICT JUDGE

2

**WITHDRAWAL OF MOTION AND NOTICE OF VOLUNTARY DISMISSAL; ORDER**
**Case No. 4:22-cv-05631-HSG**
\\SJLAW-FILES\Public\CLIENTS\OE3CL\Terramark General Engineering\Pleadings\Word Versions + Fillable .PDFs\Dismissal 032123.doc